RECEIVED
IN LAKE CHARLES, LA

JUN   2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GEORGE RANDALL DAVIS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |

Criminal Number:2:93-CR-20004-001

USM Number:08244-035

Robert Marin
_Defendant's Attorney_

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) 1 of the term of supervision.

[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Arrested for allegedly committing the offense of aggravated flight from an officer, reckless operation of a vehicle, two counts of improper lane change, three counts of resisting an officer, and three counts of speeding | 08/12/2004 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:   xxx-xx-5905

Defendant's Date of Birth:   xx/xx/1962

Defendant's USM No.:   08244-035

Defendant's Residence Address:

Defendant's Mailing Address:

May 26, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

6/2/06
Date

COPY SENT:
DATE: 6-2-06
BY:
TO: USM-LC-2
     US P. LC-2

DEFENDANT:      GEORGE RANDALL DAVIS

CASE NUMBER:    2:93-CR-20004-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>one year</u>. The sentence is to run consecutive to any other sentence the defendant is serving.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL